# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00256-RJC-DSC

| | | |
|---|---|---|
| ELMORE HANNAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QBE INSURANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Compel Written Discovery Responses" (document #81) filed December 7, 2021.

Pro se Plaintiff has not responded to the Motion and the time for filing a response has expired.

The Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and is now ripe for the Court's consideration.

For the reasons stated in Defendant's Motion and supporting brief, the Court **ORDERS** the pro se Plaintiff to serve complete responses to Defendant's Interrogatories and Requests for Production of Documents.

Dismissal and the imposition of monetary sanctions are remedies available under Rule 37 for a party's failure to obey rules governing discovery and orders of the district court. See Fed. R. Civ. P. 37(b)(2)(C); National Hockey League v. Metro. Hockey Club, 427 U.S. 639, 643 (1976); Mutual Fed. Sav. & Loan v. Richards & Assocs., 872 F.2d 88, 92 (4th Cir. 1989); Wilson v. Volkswagen of America, Inc., 561 F.2d 494, 504-04 (4th Cir. 1977).

Accordingly, the Court warns Plaintiff that failure to provide full and complete responses to these discovery requests, respond to any other of Defendant's reasonable discovery requests, or otherwise comply fully with any of the Court's orders, the Local Rules, or the Rules of Civil Procedure may result in the imposition of sanctions.  **Sanctions may include Plaintiff being ordered to pay Defendant's costs including reasonable attorney's fees in their entirety and may also include dismissal of the Complaint with prejudice.**

**NOW THEREFORE IT IS ORDERED**:

1. Defendant's "Motion to Compel Written Discovery Responses" (document #81) is **GRANTED**. <u>Within thirty days of the date of this Order, Plaintiff shall serve complete responses to Defendant's Interrogatories and Requests for Production of Documents</u>.

2. The parties shall bear their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to <u>pro se</u> Plaintiff, to defense counsel and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: January 3, 2022

David S. Cayer
United States Magistrate Judge